1  Patricia A. Shiu, State Bar No. 104894
   Claudia Center, State Bar No. 158255
2  Elizabeth Kristen, State Bar No. 218227
   THE LEGAL AID SOCIETY-
3  EMPLOYMENT LAW CENTER
   600 Harrison St., Suite 120
4  San Francisco, CA  94107
   Telephone: (415) 864-8848
5  Facsimile: (415) 864-8199

6  Attorneys for Plaintiff
7  Kelvin Phillips

Heather M. Sager, State Bar No. 186566
Natalie A. Beccia, State Bar No. 180991
CARLTON, DISANTE &
FREUDENBERGER LLP
260 California Street, Suite 500
San Francisco, CA 94111
Telephone: 415-981-3233
Facsimile: 415-981-3246

Stacey Mark, OR Bar No. 87294
James Barrett, OR Bar No. 01199
ATER WYNNE LLP
222 SW Columbia, Suite 1800
Portland, OR 97201-6618
Telephone: 503-226-1191
Facsimile: 503-326-0079

Attorneys for Defendant Metro One
Telecommunications

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

KELVIN PHILLIPS,

   Plaintiff,

v.

METRO ONE TELECOMMUNICATIONS,

   Defendant.

Case No. C04-3620 PH

**STIPULATION OF DISMISSAL OF ACTION[FED.R.CIV.P. 41(A)(1)] AND ORDER**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all defendants pursuant to Fed. R. Civ. Proc. 41(a)(1). Each party will bear their own costs and attorneys' fees.

```
 1
 2  IT IS SO STIPULATED.
 3  Dated:  5/2K/05                    By:  _____
 4                                          Elizabeth Kristen
                                            Counsel for Plaintiff
 5
 6  Dated:  5/31/05                    By:  _____
 7                                          ~~Stacey Mark~~ Natalie A. Beccia
                                            Counsel for Defendant
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
```



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA