| | |
|---|---|
| Patricia A. Shiu, State Bar No. 104894<br>Claudia Center, State Bar No. 158255<br>Elizabeth Kristen, State Bar No. 218227<br>THE LEGAL AID SOCIETY-<br>EMPLOYMENT LAW CENTER<br>600 Harrison St., Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848<br>Facsimile: (415) 864-8199<br><br>Attorneys for Plaintiff<br>Kelvin Phillips | Heather M. Sager, State Bar No. 186566<br>Natalie A. Beccia, State Bar No. 180991<br>CARLTON, DISANTE &<br>FREUDENBERGER LLP<br>260 California Street, Suite 500<br>San Francisco, CA 94111<br>Telephone: 415-981-3233<br>Facsimile: 415-981-3246<br><br>Stacey Mark, OR Bar No. 87294<br>James Barrett, OR Bar No. 01199<br>ATER WYNNE LLP<br>222 SW Columbia, Suite 1800<br>Portland, OR 97201-6618<br>Telephone: 503-226-1191<br>Facsimile: 503-326-0079<br><br>Attorneys for Defendant Metro One<br>Telecommunications |

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METRO ONE TELECOMMUNICATIONS,<br><br>　　　　Defendant. | Case No. C04-3620 PH<br><br>**STIPULATION OF DISMISSAL OF ACTION[FED.R.CIV.P. 41(A)(1)] AND ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all defendants pursuant to Fed. R. Civ. Proc. 41(a)(1). Each party will bear their own costs and attorneys' fees.

2  IT IS SO STIPULATED.

3  Dated: 5/26/05                              By: _____
                                                   Elizabeth Kristen
                                                   Counsel for Plaintiff

6  Dated: 5/31/05                              By: _____
                                                   ~~Stacey Mark~~ Natalie A. Beccia
                                                   Counsel for Defendant



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA